```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                            :
NICHOLAS BROWN,             :
                            :     No. 21-cv-13805 (NLH)(MJS)
            Plaintiff,      :
                            :
      v.                    :     MEMORANDUM OPINION
                            :
                            :
JONATHAN L. YOUNG, SR.,     :
et al.,                     :
                            :
            Defendants.     :
_____:
```

IT APPEARING THAT:

1. Plaintiff Nicholas Brown filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. Plaintiff filed a change of address notification on August 16, 2021. ECF No. 6.

3. On August 26, 2021, mail addressed to Plaintiff at his prior address was returned to the Clerk's Office as undeliverable. ECF No. 7. The Clerk resent the mail to Plaintiff's new address. Id.

4. The post office returned that mail as undeliverable on September 13, 2021. ECF No. 8. The docket indicates the Clerk then resent the mail to the same address provided by Plaintiff, this time using a correct identification ID number for Plaintiff which had been incorrectly listed in the previous mailing. Id.

1

5. This third mailing was again returned to the Clerk's Office as undeliverable on October 25, 2021. ECF No. 9.

6. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

7. The Clerk of the Court will be ordered to administratively terminate this case. Plaintiff may reopen this matter by submitting his updated address.

8. An appropriate order follows.


Dated: November 9, 2021                s/ Noel L. Hillman
At Camden, New Jersey                  NOEL L. HILLMAN, U.S.D.J.